## FIRST NATIONAL BANK OF BRAMAN, OKLA., v. ANDREWS, Co. Treas.

No. 18460. Opinion Filed Dec. 17, 1929.

Thomas D. Lyons, C. L. Pinkham, Gordon Stater, and Adelbert Brown, for plaintiff in error.

Roy R. Carver, Co. Atty., and Howard C. Johnson, Asst. Co. Atty., for defendant in error.

REID, C. This cause is reversed and remanded, with directions to overrule defendant's demurrer and proceed, under authority of cause No. 18459, American National Bank of Tonkawa, Okla., v. Andrews, Co. Treas., 140 Okla. 266, 283 Pac. 253, this day decided.

BENNETT, TEEHEE, FOSTER, and LEACH, Commissioners, concur.

By the Court: It is so ordered.